Tae S. Um, Esq. (State Bar No. 231094)
  tae.um@wilsonelser.com
Jeff Burt (State Bar No. 125033)
  jeff.burt@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:  (213) 443-5100
Facsimile:   (213) 443-5101
Attorneys for Defendant,
PLAZA INSURANCE COMPANY

Timothy B. Sottile, Esq. SBN: 127026
Michael F. Baltaxe, Esq. SBN: 129532
**SOTTILE ∎BALTAXE**
28632 Roadside Drive, Suite 100
Agoura Hills, California 91301
Telephone: (818) 889-0050; Facsimile: (818) 889-6050
Attorneys for Plaintiffs, FRANCISCO DE AVILA GARCIA and NICOLAS VEGA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO DE AVILA GARCIA and NICOLAS VEGA,<br><br>Plaintiffs,<br><br>vs.<br><br>PLAZA INSURANCE COMPANY; STATE AUTO INSURANCE COMPANIES; STATE AUTO INSURANCE COMPANY OF OHIO,<br><br>Defendants. | CASE NO.: 5:21-CV-00947-DMG-SHK<br><br>**JOINT REPORT REGARDING SETTLEMENT AT MEDIATION**<br><br>Judge: Hon. Judge Dolly M. Gee<br><br>Trial Date: December 13, 2022 |

- 1 -

**JOINT MEDIATION REPORT**

## **JOINT REPORT REGARDING SETTLEMENT AT MEDIATION**

Pursuant to this Court's August 23, 2021 Scheduling and Case Management Order and Order/Referral to ADR Procedure No. 3, Plaintiffs FRANCISCO DE AVILA GARCIA and NICOLAS VEGA (collectively, "Plaintiffs") and Defendant PLAZA INSURANCE COMPANY ("Defendant") submit this Joint Report regarding the results of the parties' mediation which took place before the Court's mediation deadline.

On November 11, 2021, Plaintiffs and Defendant attended a private mediation with Ralph Williams, Esq. Lead trial counsel and representatives of each party with authority to settle participated. The parties have reached an agreement to resolve all claims in the above-entitled action. The parties are finalizing the written settlement agreement and will file a stipulation of dismissal with prejudice in due course.

Dated: November 16, 2021

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

/s/ Tae S. Um
**TAE S. UM**
**JEFF BURT**

Attorneys for Defendant
PLAZA INSURANCE COMPANY

Dated: November 16, 2021

**SOTTILE ▪BALTAXE**

By /s/ Michael F. Baltaxe
**MICHAEL F. BALTAXE, ESQ.**
Attorneys for Plaintiffs

# **CERTIFICATE OF SERVICE**

I hereby certify that on 17th day of November 2021, I electronically filed **JOINT MEDIATION REPORT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to the following person(s):

| | |
|---|---|
| Michael F. Baltaxe, Esq.<br>SOTTILE BALTAXE<br>28632 Roadside Drive, Suite 100<br>Agiura Hills, California 91301<br>Ph: (818) 889-0050<br>Fx: (818) 889-6050<br>Email: mfbaltaxe@aol.com | ATTORNEYS FOR PLAINTIFFS,<br>FRANCISCO DE AVILA GARCIA and<br>NICOLAS VEGA |
| Fred Hanassab, Esq.<br>LAW OFFICES OF FRED HANASSAB<br>6320 Canoga Avenue, Suite 790<br>Woodland Hills, CA 91367<br>Ph: (818) 888-6614<br>Fx: (818) 888-6615<br>Email: fred@fhlawoffices.com | ATTORNEYS FOR PLAINTIFFS,<br>FRANCISCO DE AVILA GARCIA and<br>NICOLAS VEGA |

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user: **Not Applicable**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court whose direction the service was made.

Executed on November 17, 2021, at Los Angeles, California.

*/s/Patricia L. Pardo*
Patricia L. Pardo