# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO DE AVILA GARCIA and NICOLAS VEGA,<br><br>        Plaintiffs,<br><br>        vs.<br><br>PLAZA INSURANCE COMPANY; STATE AUTO INSURANCE COMPANIES; STATE AUTO INSURANCE COMPANY OF OHIO,<br><br>        Defendants. | Case No.: ED CV 21-947-DMG (SHKx)<br><br>**ORDER RE STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A) [18]** |

Pursuant to the parties' stipulation under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THE ABOVE-CAPTIONED ACTION IS DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

DATED:  December 22, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE